# EXHIBIT 1

# Employment Application

## PERSONAL DATA

**Full Legal Name**

| Last Name: | First Name: | M.I.: |
|---|---|---|
| Tulic | Samir | |

**Mailing Address**

Address 1:
▬▬▬▬▬▬▬▬

Address 2:
▬▬▬

| City: | State: | Zip Code: |
|---|---|---|
| Skokie | IL | 60077 |

| Phone: | Phone Type: |
|---|---|
| ▬▬▬▬▬ | |

Email Address:
▬▬▬▬▬▬▬

(Please provide email address as we may communicate via email.)

## EMPLOYMENT HISTORY

To be completed by all applicants. Information not reflected on the resume should be included.

☐ I have no previous Employment History

## EMPLOYMENT HISTORY - PLEASE PROVIDE UP TO FIVE YEARS OF VERIFIABLE EMPLOYMENT

Company Name:
Glenbrook Security Inc.

Dates of Employment

| Start Date: | End Date: |
|---|---|
| 12/26/2000 | 1/15/2006 |

Position Held:
Security Officer

Reason For Leaving:
For a better opportunity

| | |
|---|---|
| **Company Name:** Diamond Detective Agency | |
| **Dates of Employment** | |
| Start Date: 2/10/2006 | End Date: 5/10/2006 |
| **Position Held:** Security Officer | |
| **Reason For Leaving:** For a better opportunity | |

**PERIODS OF UNEMPLOYMENT**

Please explain any periods of previous unemployment over 90 days.

| From: | To: |
|---|---|
| 1/1/2001 | 1/1/2002 |

Explanation:
Illness

**EDUCATION**

What is your highest level of education completed? High School

| High School: Continental Academy | City: Cordless Gables | State: FL |
|---|---|---|
| College/University | City: | State: |

**CERTIFICATIONS AND TRAINING**

Do you have a state or county issued security license/card?
Yes - Active

If yes - please complete the fields below:

| State Issued: Illinois | Registration #: ▆▆▆▆▆▆ | Exp. Date: 5/31/2024 |
|---|---|---|

Do you hold or have you held a security clearance?
No

If yes - please complete the fields below:

Approximate date the clearance was issued:

Do you have a valid firearms permit issued by the state or county to carry a firearm as a Security Officer? Yes

| If yes, please complete the fields below: | | |
|---|---|---|
| State Issued: Illinois | Registration # | Exp. Date: 3/5/2023 |

**DRIVER'S LICENSE**

Do you have a valid driver's license?

Yes

Issuing State:
United States - Illinois

Driver's License Expiration Date: 1/29/2023

**PLEASE READ CAREFULLY AND ACKNOWLEDGE YOUR ACCEPTANCE OF THE AGREEMENT**

By submitting this Application, I certify that the information I have given on this application and any related documents is true. I understand that any false or misleading information and/or omissions may result in rejection of my application or, if I am employed, in termination of employment.

I understand the Company may contact me regarding the status of my application and additional employment opportunities for which I may qualify. By submitting this application and by clicking the signature box below, I agree and consent that the Company (or someone acting on the Company's behalf) may contact me for employment-related purposes at any email address, mailing address or phone/text number that I have provided in this application. This includes communications to mobile, cellular/wireless, or similar devices. The Company may contact me via live operator, auto-dialer, recorded or artificial voice message, text message or email. The employment-related purposes for which I may be contacted include, but are not limited to, information about this application and/or other job opportunities in the future.

I authorize the Company to release a copy of my application, licenses, and other information that is reasonably related to the performance of my job to the client(s) to which I may be assigned. I understand that the Company reserves the right to require Substance Abuse Screening as part of the pre-employment process and, where permitted by law, offers of employment may be contingent on the results of such screening.

I understand that the Company reserves the right to change my compensation as well as the shifts, days and locations of job assignments at its discretion. I also understand that, if hired as a security officer, I will be required to wear a uniform and will need to obtain and maintain all applicable licenses. In consideration of my employment, I agree to conform to the rules and regulations of the Company, and I understand and agree that my employment can be terminated, with or without cause or notice, at any time, at the option of either the Company or myself.

**FOR MASSACHUSETTS APPLICANTS**
**IT IS UNLAWFUL IN MASSACHUSETTS TO REQUIRE OR ADMINISTER A LIE DETECTOR TEST AS A CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. AN EMPLOYER WHO VIOLATES THIS LAW SHALL BE SUBJECT TO CRIMINAL PENALTIES AND CIVIL LIABILITY.**

**FOR MARYLAND APPLICANTS**
**UNDER MARYLAND LAW, AN EMPLOYER MAY NOT REQUIRE OR DEMAND, AS A CONDITION OF EMPLOYMENT, PROSPECTIVE EMPLOYMENT, OR CONTINUED EMPLOYMENT, THAT AN INDIVIDUAL SUBMIT TO OR TAKE A LIE DETECTOR OR SIMILAR TEST. AN EMPLOYER WHO VIOLATES THIS LAW IS**

**GUILTY OF A MISDEMEANOR AND SUBJECT TO A FINE NOT EXCEEDING $100. I have read and understand these statements and certify that all of the information contained in this application is correct:**

☑ Signature
Samir Tulic 10/6/2022 10:12 AM
Checking the checkbox above is equivalent to a handwritten signature.